UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:16-CR-49-1D

| United States Of America | ) | ORDER MODIFYING AND |
|---|---|---|
| vs. | ) | CONTINUING SUPERVISION |
| James Roy Hill | ) | |

On March 21, 2017, James Roy Hill appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute 280 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), was sentenced to the custody of the Bureau of Prisons for a term of 130 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. James Roy Hill was released from custody and the term of supervised release commenced on August 31, 2023.

From evidence presented at the revocation hearing on October 29, 2025, the court finds as a fact that James Roy Hill, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

It appears that the ends of justice would best be served by continuing supervision with the following modifications:

1. It is ordered that the defendant be remanded to the custody of the U.S. Marshals Service until 4:30 pm today.

2. Upon release from custody, the defendant will be continued on supervised release under the standard conditions of supervised release pursuant to the mandatory and standard conditions adopted by the Eastern District of North Carolina as well as the special conditions previously ordered at the time of sentencing on March 21, 2017.

This the 30th day of October, 2025.

James C. Dever III
U.S. District Judge